**Order entered August 31, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00001-CV

### ANDREA ARNOLD, Appellant

### V.

### RANDY ADDISON, ET AL, Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04121-2018**

## ORDER

Before the Court is appellant's August 27, 2020 unopposed motion for extension of time to file her reply brief. We **GRANT** the motion and **ORDER** the reply brief be filed no later than September 28, 2020.

/s/    KEN MOLBERG
        JUSTICE